Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@jacobymeyersbankruptcy.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Ashley Williams,<br><br>    Plaintiff,<br><br>v.<br><br>Lighthouse Recovery Associates, LLC,<br><br>And<br><br>Cherry Creek Strategic Advisors, LLC<br><br>    Defendant. | Case No.:    CV13-1060 PHX DGC<br><br>**MOTION TO DISMISS CASE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed and all parties in agreement.


RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, P.C.

By:     /s/ Jeffrey D. Wolfe__

Jeffrey D. Wolfe, Bar # 025386
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jwolfe@jacobymeyersbankruptcy.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 7, 2013, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's CM/ECF system upon the following:

//

                       /s/ Jeffrey D. Wolfe