# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Williams,<br><br>   Plaintiff,<br><br>v.<br><br>Lighthouse Recovery Associates, LLC, et al.,<br><br>   Defendants. | No. CV13-1060 PHX DGC<br><br>**ORDER** |

The parties in this matter have filed a motion to dismiss case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Doc. 12.

**IT IS ORDERED THAT** the motion to dismiss case (Doc. 12) is **granted**.  This case is dismissed with prejudice.

Dated this 7th day of August, 2013.

_____
David G. Campbell
United States District Judge